December 14, 2021

<u>VIA ECF</u>

The Honorable Hon. Timothy J. Savage
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 9614
Philadelphia, Pennsylvania 19106-1718

  Re: <u>Cordell Washington v. Moran Foods, LLC</u>
     <u>Case No.: 2:21-cv-04319</u>

Dear Judge Savage:

  This firm represents Moran Foods, LLC d/b/a Save-A-Lot, Ltd. in the above-referenced matter. We write with the consent of Plaintiff to inform the Court that the parties have reached a settlement in principle and are in the process of finalizing the written settlement agreement. An executed Stipulation of Dismissal will be filed once the agreement is executed.

  In light of the settlement in principle, the parties request that the Pre-Trial Conference, scheduled for December 21, 2021, be adjourned.

  Thank you for Your Honor's consideration.

          Very truly yours,

          NUKK-FREEMAN & CERRA, P.C.

          Robin H. Rome, Esq.

RHR/sv

cc: Robert H. Graff, Esq. (*via ECF*)