# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORDELL WASHINGTON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MORAN FOODS LLC d/b/a** | : | |
| **Save A Lot, Ltd.** | : | **NO. 21-4319** |

## ORDER

**NOW**, this 14th day of December, 2021, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

<u>/s/ TIMOTHY J. SAVAGE J.</u>