UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORDELL WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MORAN FOODS, LLC d/b/a SAVE-A-LOT, LTD.<br><br>    Defendant. | Civil Action No.: 2:21-cv-04319-TJS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER**, having been opened to the Law Offices of Eric A. Shore, LLC, attorneys for Plaintiff Cordell Washington, and the matters in difference having been amicably resolved by and between Plaintiff and Defendant Moran Foods, LLC d/b/a Save-A-Lot Ltd., it is hereby stipulated and agreed by the parties, through their respective counsel, that the within matter be and is hereby dismissed as to all parties with prejudice, and without costs or fees to any party.

**LAW OFFICES OF ERIC A. SHORE**
*Attorneys for Plaintiff*

By: _____
    Robert H. Graff, Esq.

Dated:  1/5/2022

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for Defendant Moran Foods, LLC d/b/a Save-A-Lot Ltd.*

By: _____
    Robin H. Rome, Esq.

Dated:  1/5/2022